DocuSign Envelope ID: 969BA496-69E5-41F2-A28A-B0519409BBD8

RICHARD D. McCUNE, State Bar No. 132124
rdm@mccunewright.com
DAVID C. WRIGHT, State Bar No. 177468
dcw@mccunewright.com
McCuneWright LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DAVIDSON, TODD CLEARY, and JUN BAI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Apple, Inc., <br><br> Defendant. | Case No. 5:16-cv-04942 <br><br> **CONSUMER LEGAL REMEDIES ACT VENUE AFFIDAVIT OF PLAINTIFF THOMAS DAVIDSON [CCP § 1780(d)]** |

Case No.: 5:16-cv-04942

I, Thomas Davidson, hereby declare and state as follows:

1. I am over the age of 18 and a Plaintiff in this action. The facts contained in this declaration are based on my personal knowledge and information and I have gathered that is available to me, and if called upon to do so, I could and would testify to the matters stated herein.

2. I make this affidavit as required by California Civil Code § 1780(d).

3. The complaint in this action is filed in the proper place for trial of this action because Defendant Apple, Inc. has its principal place of business in this district, Apple does business in this district, and a substantial portion of the transactions that are subject to the claims in this matter occurred in this district.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 29, 2016.



Thomas Davidson