UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE, INC.,<br><br>　　　　　Defendant. | Case No. 16-CV-04942-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys: David Wright, Joseph Sauder, Stephen Larson
Defendant's Attorneys: Diane Sullivan, David Singh

An initial case management conference was held on November 30, 2016. A further case management conference will be held on January 12, 2017 at 12:30 p.m. The parties shall file their supplemental joint case management statement on January 5, 2017.

Plaintiffs shall file by December 2, 2016, a Second Amended Complaint adding the Utah Plaintiffs and one cause of action under Utah law. No other plaintiffs or causes of action shall be added.

The parties shall litigate a total of ten causes of action in the motion to dismiss. Plaintiffs jointly shall select 5 of the 10 causes of action. Defendant shall select the remaining 5 causes of action. The parties shall file a list of their respective 5 claims on December 5, 2016; this need not be a joint filing.

1

Case No. 16-CV-04942-LHK
CASE MANAGEMENT ORDER

If Defendant successfully dismisses all 10 causes of action with prejudice in a first and/or second round motion to dismiss, then the parties may litigate the remaining causes of action in another motion to dismiss.

However, if some of the original 10 selected causes of action survive the first and/or second round motion to dismiss, the Court is inclined to have those surviving claims litigated through summary judgment.

Defendant shall file a response to the Second Amended Complaint by January 6, 2016. Plaintiff shall file a response by February 3, 2017. Defendant shall file a reply by February 17, 2017.

Plaintiff shall file by Monday, December 9, 2016, a supplemental brief regarding Plaintiff's Interim Motion to Appoint Counsel for the Putative Class. The January 12, 2017 hearing on that motion shall take place at 12:30 p.m. The Court grants Plaintiff's request to have attorney Stephen Larson appear telephonically at the hearing.

**IT IS SO ORDERED.**

Dated: November 30, 2016

_____
LUCY H. KOH
United States District Judge