DIANE P. SULLIVAN (appearance *pro hac vice*)
diane.sullivan@weil.com
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ  08542
Telephone:  (609) 986-1120
Facsimile:  (609) 986-1199

ANNE M. CAPPELLA (Bar No. 181402)
anne.cappella@weil.com
DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
BAMBO OBARO (Bar No. 267683)
bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

Attorneys for Defendant Apple Inc.

RICHARD D. McCUNE (Bar No. 132124)
rdm@mccunewright.com
DAVID C. WRIGHT (Bar No. 177468)
dcw@mccunewright.com
MCCUNE WRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA  92374
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Attorneys for Plaintiffs and the Proposed Class

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, et al., <br><br>        Plaintiffs, <br><br>     vs. <br><br> APPLE INC., <br><br>        Defendant. | Case No. 16-cv-4942-LHK <br><br> **JOINT LIST OF CAUSES OF ACTION PURSUANT TO THE COURT'S CASE MANAGEMENT ORDER** <br><br> Dept.:    Courtroom 8 – 4th Floor <br> Judge:   Honorable Lucy H. Koh |

Pursuant to the Court's Case Management Order dated November 30, 2016 [Dkt. 41], Plaintiffs Thomas Davidson, Todd Cleary, Adam Benelhachemi, Michael Pajaro, John Borzymowski, Brooke Corbett, Taylor Brown, Justin Bauer, Heirloom Estate Services, Inc., Kathleen Baker, Matt Muilenberg, William Bon and Jason Petty ("Plaintiffs") select the following causes of action:

1. Violation of the New Jersey Consumer Fraud Act (N.J. Stat. Ann. § 56:8-1) (Count 6)
2. Violation of the Florida Deceptive and Unfair Trade Practices Act (Fla. Stat. § 501.201, *et seq.*) (Count 7)
3. Violation of the Washington Consumer Protection Act (Wash. Rev. Code § 19.86.010) (Count 14)
4. Breach of Express Warranty (Count 18)
5. Breach of Implied Warranty (Count 19)

Defendant Apple Inc. ("Apple") selects the following causes of action:

1. Violation of Illinois Consumer Fraud and Deceptive Trade Practices Act (815 Ill. Comp. Stat. § 505) (Count 4)
2. Violation of the Texas Deceptive Trade Practices Act (Tex. Bus. & Com. Code § 17.41, *et seq.*) (Count 9)
3. Violation of the Colorado Consumer Protection Act (Colo. Rev. Stat. § 6-1-105, *et seq.*) (Count 10)
4. Common Law Fraud (Count 15)
5. Breach of Written Warranty Under the Magnuson-Moss Warranty Act (15 U.S.C. § 2301, *et seq.*) (Count 20)

DATED: December 5, 2016

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By:  */s/ David R. Singh*
         David R. Singh

Attorneys for Defendant Apple Inc.

| | | |
|---|---|---|
| 1 | DATED:  December 5, 2016 | Respectfully submitted, |
| 2 | | McCUNEWRIGHT LLP |
| 3 | | By:  /s/ Joseph G. Sauder |
| 4 | |          Joseph G. Sauder |

MCCUNEWRIGHT LLP
Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
555 Lancaster Avenue
Berwyn, PA  19312
Telephone:  (610) 200-0580

STEPHEN G. LARSON, State Bar No. 145225
slarson@larsonobrienlaw.com
ROBERT C. O'BRIEN, State Bar No. 154372
robrien@larsonobrienlaw.com
LARSON O'BRIEN LLP
555 S Flower St #4400
Los Angeles, CA  90071
Telephone:  (213) 436-4888
Facsimile:  (213) 623-2000

Mitchell M. Breit (*pro hac vice* pending)
mbreit@simmonsfirm.com
SIMMONS HANLY CONROY
112 Madison Avenue
New York, NY  10016
Telephone:  (212) 784-6400
Facsimile:  (212) 213-5949

Greg Coleman (*pro hac vice* pending)
greg@gregcolemanlaw.com
GREG COLEMAN LAW
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN  37929
Telephone:  (865) 247-0080
Facsimile:  (865) 522-0049)

Steven A. Christensen (*pro hac vice* pending)
Zane L. Christensen (*pro hac vice* pending)
CHRISTENSEN YOUNG & ASSOCIATES, PLLC
9980 So. 300 West, #200
Sandy, UT  84070
Telephone:  (801) 676-6447
Facsimile:  (888) 569-2786

Attorneys for Plaintiffs and the Putative Class

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, David R. Singh, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 5, 2016              By:  /s/ *David R. Singh*
                                                         David R. Singh