RICHARD D. McCUNE, State Bar No. 132124
rdm@mccunewright.com
DAVID C. WRIGHT, State Bar No. 177468
dcw@mccunewright.com
McCUNE·WRIGHT·AREVALO, LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Stephen G. Larson, State Bar No. 145225
SLarson@larsonobrienlaw.com
LARSON O'BRIEN LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

*Attorneys for Plaintiffs and the Proposed Class*

***[LIST OF ADDITIONAL COUNSEL ON SIGNATURE PAGE]***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DAVIDSON, TODD CLEARY, ADAM BENELHACHEMI, MICHAEL PAJARO, JOHN BORZYMOWSKI, BROOKE CORBETT, TAYLOR BROWN, JUSTIN BAUER, HEIRLOOM ESTATE SERVICES, INC., KATHLEEN BAKER, MATT MUILENBERG, and WILLIAM BON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Apple, Inc.,<br><br>    Defendant. | Case No.: 5:16-cv-4942-LHK<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF THEIR UNOPPOSED MOTION FOR THE APPOINTMENT OF INTERIM CLASS COUNSEL** |

Pursuant to the Court's order, Plaintiffs submit this Supplemental Memorandum of Law in Support of Their Unopposed Motion for Appointment of Interim Class Counsel to clarify the role of proposed Interim Class Counsel and Interim Liaison Counsel. (*See* ECF No. 41.) As detailed in the order previously submitted motion and supporting declarations (ECF No. 25), Plaintiffs have proposed the law firm of McCune Wright Arevalo, LLP, to serve as Interim Class Counsel and the law firm of Larson O'Brien, LLP, to serve as Interim Liaison Counsel. No other firms are seeking leadership positions. Defendant Apple, Inc., takes no position with regard to Plaintiffs' Supplemental Memorandum of Law in Support of Their Unopposed Motion for the Appointment of Interim Class Counsel.

The prior proposed order submitted to the Court would grant McCune Wright Arevalo authority over the following matters, among other things, on behalf of Plaintiffs and the putative class:

- to delegate and oversee the assignment of specific tasks to other counsel to ensure the litigation is conducted efficiently and effectively, (ECF No. 25-5, ¶ 2.d);
- to monitor the activities of any other law firms involved in the litigation and to ensure that unnecessary expenditures of time and funds are avoided, (ECF No. 25-5, ¶ 2.g);
- to maintain adequate time and disbursement records covering services, (ECF No. 25-5, ¶ 2.f);
- to determine and present the position of Plaintiffs and the putative class on all matters, (ECF No. 25-5, ¶ 2.a);
- to coordinate and conduct discovery, (ECF No. 25-5, ¶ 2.b);
- to perform other duties necessary to the proper prosecution of this litigation on behalf of Plaintiffs and the putative class, (ECF No. 25-5, ¶ 2.h);

In light of the Court's request at the Case Management Conference, Plaintiffs submit herewith an updated proposed order that further clarifies McCune Wright Arevalo's and Larson O'Brien's roles and responsibilities as Interim Lead Counsel and Interim Liaison Counsel, respectively.

1

Pls.' Supp. Memo. of Law in Support of Unopposed Mot. for Appointment of Interim Class Counsel
Case No.: 5:16-cv-4942-LHK

Following the filing of the original complaint, McCune Wright Arevalo was contacted separately by Larson O'Brien, Simmons Hanly Conroy, and Greg Coleman Law. Each firm had been investigating the alleged Touch Screen Defect and had been contacted by consumers affected by the Touchscreen Defect. McCune Wright Arevalo has had a good working relationship with each of these firms on prior cases and the firms agreed that rather than filing separate actions on behalf of their clients, their clients would be added as representatives for the Class and various Sub-Classes alleged in the First Amended Complaint.

It was further determined and agreed upon that the class would best be served by the appointment of a single firm as lead counsel, that would be ultimately responsible for strategic litigation decisions and the delegation of work on behalf of the class, and the appointment of liaison counsel whose role would be to act as the primary contact to interact both with the Court and with the other interested law firms.

Following the filing of the original complaint in this action, attorneys from Christensen Young & Associates filed a similar action in the United States District Court for the District of Utah on behalf of certain Utah plaintiffs. After discussions between defense counsel and attorneys for McCune Wright Arevalo and Christensen Young & Associates, it was agreed that Christensen Young & Associates would add its Utah class representative to this action and dismiss the Utah action rather than pursue competing actions.

It is precisely because of these early efforts at organization and consolidation of these various interests that Plaintiffs are seeking a formal interim appointment of lead and liaison counsel. Plaintiffs believe that the proposed leadership structure of a single lead counsel and a single liaison counsel that will be responsible for every aspect of the conduct of this litigation, including the delegation of work to those firms whose clients are serving as named class representatives in this action, as is necessary and in the best interests of the class.

To be clear, in order to ensure that interests of the class are served effectively and efficiently, Plaintiffs submit a revised order that puts in place the following protocols should the Court grant the Motion for Appointment of Interim Lead and Liaison Counsel:

- McCune Wright Arevalo and Larson O'Brien will delegate specific tasks in this

2

Pls.' Supp. Memo. of Law in Support of Unopposed Mot. for Appointment of Interim Class Counsel
Case No.: 5:16-cv-4942-LHK

litigation only as required by the scope of this litigation in the best interests of the Class and in a manner that ensures there is no duplication of work performed on behalf of the class;

- Simmons Hanly Conroy, Greg Coleman Law, and Christensen Young & Associates will perform work on the case only when work is delegated directly to them by McCune Wright Arevalo or Larson O'Brien;
- McCune Wright Arevalo and Larson O'Brien will require that all firms enter their time on a weekly basis and submit it to McCune Wright Arevalo and Larson O'Brien for review and approval to ensure all timekeeping is accurate, reasonable, related to the work delegated, and to ensure that there is no unnecessary or unintended duplication of work; and
- McCune Wright Arevalo and Larson O'Brien will review the lodestars of the above firms on a monthly basis to ensure the collective lodestar of all firms is reasonable in relation to the cumulative work performed.

DATED: December 9, 2016.

**McCUNE WRIGHT AREVALO, LLP**

By: */s/ Richard D. McCune*
Richard D. McCune
State Bar No. 132124
rdm@mccunewright.com
David C. Wright
State Bar No. 177468
dcw@mccunewright.com
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

**McCUNE · WRIGHT · AREVALO, LLP**
Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
555 Lancaster Ave.
Berwyn, PA 19312
Telephone: (610) 200-0580

*Proposed Interim Lead Counsel*

Stephen G. Larson
**Larson O'Brien LLP**
555 South Flower Street,
Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888

*Proposed Interim Liaison Counsel*


Mitchell M. Breit*
mbreit@simmonsfirm.com
**SIMMONS HANLY CONROY**
112 Madison Avenue
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

Greg Coleman*
greg@gregcolemanlaw.com
**GREG COLEMAN LAW**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049)

Steven A. Christensen*
Zane L. Christensen*
**CHRISTENSEN YOUNG & ASSOCIATES, PLLC**
9980 So. 300 West, #200
Sandy, UT 84070
Telephone: (801) 676-6447
Facsimile: (888) 569-2786

*Attorneys for Plaintiffs*

4

Pls.' Supp. Memo. of Law in Support of Unopposed Mot. for Appointment of Interim Class Counsel
Case No.: 5:16-cv-4942-LHK

# CERTIFICATE OF SERVICE

I, Richard D. McCune, hereby certify that on this 9th day of December, I caused the foregoing to be filed using the Court's CM/ECF system, and thereby electronically served it upon all registered ECF users in this case.

DATED: December 9, 2016      Respectfully submitted,

By:    /s/ Richard D. McCune
       Richard D. McCune

-1-

Pls.' Supp. Memo. of Law in Support of Unopposed Mot. for Appointment of Interim Class Counsel
Case No.: 5:16-cv-4942-LHK