UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 5:16-cv-04942-LHK (HRL)<br><br>**INTERIM ORDER RE DISCOVERY DISPUTE SEPARATE REPORT NO. 3**<br><br>Re: Dkt. No. 179 |

If plaintiffs oppose the relief sought by Apple in its Discovery Dispute Separate Report #3, they shall file it by **5:00 PM on February 1, 2018**.

SO ORDERED.

Dated: January 31, 2018

HOWARD R. LLOYD
United States Magistrate Judge