UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 16-CV-04942-LHK<br><br>**ORDER DENYING MOTIONS AS MOOT**<br><br>Re: Dkt. Nos. 187, 188, 200, 202, 208 |

In light of the Court's denial of Plaintiffs' motion for class certification, ECF No. 226, the Court DENIES as moot Apple's motion to exclude Plaintiffs' experts' reports and testimony. ECF No. 187. In turn, the Court also DENIES as moot the motions to file under seal submitted in connection with Apple's motion. ECF Nos. 188, 200, 202, 208.

**IT IS SO ORDERED.**

Dated: June 7, 2018

                                        *Lucy H. Koh*
                                        LUCY H. KOH
                                        United States District Judge