United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12   THOMAS DAVIDSON, et al.,                 Case No. 16-CV-04942-LHK

13                    Plaintiffs,              **CASE MANAGEMENT ORDER**

14          v.

15   APPLE, INC.,

16                    Defendant.

17

18   Plaintiffs' Attorneys: Stephen Larson, David Wright, and R.C. Harlan
     Defendant's Attorneys: Tiffany Cheung and Christopher Robinson

19
20          A case management conference was held on October 31, 2018.  A further case
     management conference is set for March 13, 2019, at 2:00 p.m.  The parties shall file their joint
     case management statement by March 6, 2019.

21
22          The Court lifts the stay of this case.  The Clerk shall reopen the file.

23          The parties are referred to a settlement conference with a Magistrate Judge with a deadline
     of April 15, 2019.  The parties shall file a stipulation identifying their choice of Magistrate Judge
24   by November 7, 2018.

25          Based on the unique circumstances of this case, Plaintiffs may amend their expert damages
26   report and file a motion for class certification in which the parties will litigate only Plaintiffs'

27

28

1

Case No. 16-CV-04942-LHK
CASE MANAGEMENT ORDER

amended damages theory.  **Plaintiffs' motion shall not exceed 15 pages.[1]  Defendant's opposition shall not exceed 15 pages.  Plaintiffs' reply shall not exceed 5 pages**.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Close of Fact Discovery | November 2, 2018 |
| Deadline to File Motion for Class Certification | **Motion**: November 8, 2018<br>**Opposition**: December 6, 2018<br>**Reply**: December 20, 2018 |
| Opening Expert Reports | January 18, 2019 |
| Rebuttal Expert Reports | February 15, 2019 |
| Class Certification Hearing | February 21, 2019 at 1:30 p.m. |
| Close of Expert Discovery | March 8, 2019 |
| Further Case Management Conference | March 13, 2019, at 2:00 p.m. |
| Last Day to File Dispositive Motions<br>(one per side in the entire case) | **Motion**: March 21, 2019<br>**Opposition**: April 4, 2019<br>**Reply**: April 11, 2019 |
| Deadline for Magistrate Judge Settlement Conference | April 15, 2019 |
| Hearing on Dispositive Motions | May 2, 2019 at 1:30 p.m. |
| Final Pretrial Conference | July 18, 2019, at 1:30 p.m. |
| Jury Trial | August 12, 2019, at 9:00 a.m. |
| Length of Trial | 8 days |

**IT IS SO ORDERED.**

Dated: November 1, 2018

LUCY H. KOH
United States District Judge

---

[1] The Court did not impose these page limits at the case management conference.  However, because this motion is limited to one issue, a further limitation on page limits is warranted.

2

United States District Court
Northern District of California