ARTURO J. GONZÁLEZ (SBN 121490)
AGonzalez@mofo.com
PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
ALEXIS A. AMEZCUA (SBN 247507)
AAmezcua@mofo.com
CHRISTOPHER L. ROBINSON (SBN 260778)
ChristopherRobinson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522

ANNE M. CAPPELLA (SBN 181402)
anne.cappella@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendant* APPLE INC.

RICHARD D. McCUNE (SBN 132124)
rdm@mccunewright.com
DAVID C. WRIGHT (SBN 177468)
dcw@mccunewright.com
McCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

JOSEPH G. SAUDER
MATTHEW D. SCHELKOPF
JOSEPH B. KENNEY
McCUNE WRIGHT AREVALO, LLP
555 Lancaster Avenue
Berwyn, PA 19312
Telephone:  (610) 200-0580

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, TODD CLEARY, ERIC SIEGAL, MICHAEL PAJARO, JOHN BORZYMOWSKI, BROOKE CORBETT, TAYLOR BROWN, JUSTIN BAUER, HEIRLOOM ESTATE SERVICES, INC., KATHLEEN BAKER, MATT MUILENBERG, WILLIAM BON, and JASON PETTY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:16-cv-04942-LHK<br><br>**JOINT STIPULATION IDENTIFYING SETTLEMENT CONFERENCE JUDGE**<br><br>Dept.:   Courtroom 8 – 4th Floor<br>Judge:   Honorable Lucy H. Koh |

1 | Pursuant to the Court's request for the parties to file a stipulation identifying their choice of Magistrate Judge for a settlement conference (ECF No. 268), the parties identify Magistrate Judge Jacqueline Scott Corley.

DATED: November 7, 2018                     Respectfully submitted,

                                            McCUNE WRIGHT AREVALO, LLP

                                            By:  */s/ David C. Wright*
                                                 David C. Wright
                                            Attorneys for Plaintiffs and the Putative Class

DATED: November 7, 2018                     Respectfully submitted,

                                            MORRISON & FOERSTER LLP

                                            By:  */s/ Arturo J. González*
                                                 ARTURO J. GONZALEZ
                                            Attorneys for Defendant Apple Inc.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Arturo J. González, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  November 7, 2018        By:  /s/ *Arturo J. González*
                                                              Arturo J. González