UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　Defendant. | Case No. 16-CV-04942-LHK<br><br>**ORDER REFERRING THE PARTIES TO A SETTLEMENT CONFERENCE JUDGE**<br><br>Re: Dkt. No. 268 |

Pursuant to the Court's Order for the parties to file a stipulation identifying their choice of a United States Magistrate Judge to conduct a settlement conference, ECF No. 268, the parties have chosen Magistrate Judge Jacqueline Corley. Thus, the Court refers the parties to Magistrate Judge Corley for a settlement conference with a deadline of April 15, 2019.

**IT IS SO ORDERED.**

Dated: November 9, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 16-CV-04942-LHK
ORDER REFERRING THE PARTIES TO A SETTLEMENT CONFERENCE JUDGE