1   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
2   PENELOPE A. PREOVOLOS (CA SBN 87607)
    PPreovolos@mofo.com
3   TIFFANY CHEUNG (CA SBN 211497)
    TCheung@mofo.com
4   ALEXIS A. AMEZCUA (SBN 247507)
    AAmezcua@mofo.com
5   CHRISTOPHER L. ROBINSON (SBN 260778)
    ChristopherRobinson@mofo.com
6   MORRISON & FOERSTER LLP
    425 Market Street
7   San Francisco, California  94105-2482
    Telephone:    (415) 268-7000
8   Facsimile:    (415) 268-7522

9   ANNE M. CAPPELLA (SBN 181402)
    anne.cappella@weil.com
10  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
11  Redwood Shores, California  94065
    Telephone:    (650) 802-3000
12  Facsimile:    (650) 802-3100

13  Attorneys for Defendant
    APPLE INC.
14

RICHARD D. McCUNE (SBN 132124)
rdm@mccunewright.com
DAVID C. WRIGHT (SBN 177468)
dcw@mccunewright.com
McCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

JOSEPH G. SAUDER
MATTHEW D. SCHELKOPF
JOSEPH B. KENNEY
McCUNE WRIGHT AREVALO, LLP
555 Lancaster Avenue
Berwyn, PA 19312
Telephone:  (610) 200-0580

Attorneys for Plaintiffs and the
Proposed Class

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                  SAN JOSE DIVISION

18

19  THOMAS DAVIDSON, TODD CLEARY,          Case No. 5:16-cv-04942-LHK
    ERIC SIEGAL, MICHAEL PAJARO, JOHN
20  BORZYMOWSKI, BROOKE CORBETT,           **JOINT STIPULATION AND [PROPOSED]**
    TAYLOR BROWN, JUSTIN BAUER,            **ORDER EXTENDING DEADLINE TO**
21  HEIRLOOM ESTATE SERVICES, INC.,        **COMPLETE SETTLEMENT**
    KATHLEEN BAKER, MATT                   **CONFERENCE**
22  MUILENBURG, WILLIAM BON, and
    JASON PETTY, on behalf of themselves and
23  all others similarly situated,         Honorable Lucy H. Koh
                                           Trial Date:  August 12, 2019
24                  Plaintiffs,

25       v.

26  APPLE INC.,

27                  Defendant.

28

1    Defendant Apple Inc. ("Apple") and plaintiffs Thomas Davidson, Todd Cleary, Michael

2  Pajaro, John Borzymowski, Brooke Corbett, Justin Bauer, Heirloom Estate Services, Inc.,

3  Kathleen Baker, Matt Muilenburg, and William Bon, and Jason Petty ("Plaintiffs") (collectively

4  "the Parties") in the above-captioned action hereby stipulate and agree as follows:

5    WHEREAS, the Parties attended a case management conference on October 31, 2018, at

6  which the Court referred the Parties to a settlement conference with a deadline of April 15, 2019

7  (ECF No. 268);

8    WHEREAS, on November 9, 2018, the Court directed the Parties to conduct a settlement

9  conference with Magistrate Judge Jacqueline Scott Corley by April 15, 2019 (ECF No. 271);

10    WHEREAS, on November 27, 2018, the parties' settlement conference with Magistrate

11  Judge Corley was set for April 15, 2019 ECF No. 281);

12    WHEREAS, on March 18, 2019, the Parties participated in a telephone conference with

13  Magistrate Judge Corley, during which the Court and the parties agreed that the April 15, 2019

14  settlement conference would be vacated (ECF No. 355);

15    WHEREAS, on March 25, 2019, the Parties participated in a telephone conference with

16  Magistrate Judge Corley in which they and the Court agreed to hold the settlement conference

17  after class certification proceedings, and to propose a new deadline of May 29, 2019 to complete

18  the settlement conference (ECF No. 356);

19    WHEREAS, the Parties have scheduled a settlement conference with Magistrate Judge

20  Corley for May 29, 2019 at 9:30 am (ECF No. 356); and

21    WHEREAS, there have been no previous extensions on the deadline to complete the

22  settlement conference, and this extension will not otherwise affect the case schedule set by the

23  Court.

24    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties,

25  through their respective counsel, that the deadline to complete the settlement conference with

26  Magistrate Judge Corley shall be extended to May 29, 2019.

27

28

1

2   Dated:  April 1, 2019                    Respectfully submitted,

3                                            MORRISON & FOERSTER LLP

4

5                                            By:  /s/ Arturo J. González
                                                  Arturo J. González

6                                            Attorneys for Defendant
                                             APPLE INC.

7

8   Dated:  April 1, 2019                    Respectfully submitted,

9                                            McCUNE WRIGHT AREVALO,  LLP

10

11                                           By:  /s/ David C. Wright
                                                  David C. Wright

12                                           Attorneys for Plaintiffs and the Putative Class

13

14

15  **IT IS SO ORDERED.**

16  Dated:  April 3, 2019

                                             _Lucy H. Koh_
17                                            Hon. Lucy H. Koh
                                             United States District Judge

18

19

20

21

22

23

24

25

26

27

28

1

2          **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

3          I, Arturo J. González, attest that all signatories listed, and on whose behalf the filing is

4     submitted, concur in the filing's content and have authorized the filing.

5

6     Dated:  April 1, 2019

7

8                                           */s/ Arturo J. González*
                                           Arturo J. González

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SETTLEMENT CONFERENCE DEADLINE
CASE NO.: 5:16-CV-04942-LHK
  sf-4008167