Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DAVIDSON, et al., | ) Case No: 5:16-cv-4942 |
| | ) |
| Plaintiff(s), | ) **APPLICATION FOR** |
| | ) **ADMISSION OF ATTORNEY** |
| v. | ) **PRO HAC VICE** |
| APPLE, INC., | ) (CIVIL LOCAL RULE 11-3) |
| | ) |
| Defendant(s). | ) |

I, Rachel L. Soffin                        , an active member in good standing of the bar of
Florida                        , hereby respectfully apply for admission to practice **pro hac vice** in the
Northern District of California representing: Plaintiffs                        in the
above-entitled action. My local co-counsel in this case is Richard D. McCune                , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| GREG COLEMAN LAW PC, 800 S. Gay Street, Suite 1100, Knoxville, TN 37929 | MCCUNE WRIGHT, LLP, 2068 Orange Tree Lane, #216, Redlands, CA 92374 |
| MY TELEPHONE # OF RECORD: (865) 247-0080 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (909) 557-1250 |
| MY EMAIL ADDRESS OF RECORD: rachel@gregcolemanlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: rdm@mccunewright.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: FL 0018054      .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/03/19                                    Rachel L. Soffin
                                                   APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rachel L. Soffin                is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance **pro hac vice**. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: May 3, 2019                                 *Lucy H. Koh*
                                                   UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE