ARTURO J. GONZÁLEZ (SBN 121490)
AGonzalez@mofo.com
PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
ALEXIS A. AMEZCUA (SBN 247507)
AAmezcua@mofo.com
CHRISTOPHER L. ROBINSON (SBN 260778)
ChristopherRobinson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANNE M. CAPPELLA (SBN 181402)
anne.cappella@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendant*
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, TODD CLEARLY, ERIC SIEGAL, MICHAEL PAJARO, JOHN BORZYMOWSKI, BROOKE CORBETT, TAYLOR BROWN, JUSTIN BAUER, HEIRLOOM ESTATE SERVICES, INC., KATHLEEN BAKER, MATT MUILENBERG, WILLIAM BON, and JASON PETTY on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>Apple Inc.,<br><br>      Defendant. | Case No. 5:16-cv-04942-LHK<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF ASHLEY NAKAMURA AS COUNSEL** |

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 5:16-cv-04942-LHK
sf-4021325

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a), the undersigned requests that Ashley Nakamura, of Morrison & Foerster LLP, be withdrawn as counsel of record for Apple Inc.  Effective May 6, 2014, Ms. Nakamura is no longer associated with Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105.  Other counsel of record will continue to represent Apple.  As such, withdrawal of Ms. Nakamura will cause no prejudice to any party.

Dated: May 7, 2019                                    MORRISON & FOERSTER LLP

By:   /s/ *Arturo González*
           ARTURO J. GONZÁLEZ

           *Attorneys for Defendant*
           APPLE INC.