UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　Defendant. | Case No. 16-CV-04942-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; EXTENDING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE** |

The Court hereby CONTINUES the June 5, 2019 further case management conference to July 18, 2019, the date of the final pretrial conference. The Court also hereby EXTENDS the deadline for the parties to complete a settlement conference with Magistrate Judge Corley to June 26, 2019.

**IT IS SO ORDERED.**

Dated: May 31, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 16-CV-04942-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE; EXTENDING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE