ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
ALEXIS A. AMEZCUA (SBN 247507)
AAmezcua@mofo.com
CHRISTOPHER L. ROBINSON (SBN 260778)
ChristopherRobinson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522

ANNE M. CAPPELLA (SBN 181402)
anne.cappella@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California  94065
Telephone:    (650) 802-3000
Facsimile:     (650) 802-3100

Attorneys for Defendant
APPLE INC.

STEPHEN G. LARSON (SBN 145225)
slarson@larsonobrienlaw.com
R.C. HARLAN (SBN 234279)
rcharlan@larsonobrienlaw.com
LARSON O'BRIEN LLP
555 S. Flower Street, Ste. 4000
Los Angeles, CA  90071
Telephone :  (213) 436-4888
Facsimile :  (213) 623-2000

RICHARD D. McCUNE (SBN 132124)
rdm@mccunewright.com
DAVID C. WRIGHT (SBN 177468)
dcw@mccunewright.com
McCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

JOSEPH G. SAUDER
MATTHEW D. SCHELKOPF
JOSEPH B. KENNEY
McCUNE WRIGHT AREVALO, LLP
555 Lancaster Avenue
Berwyn, PA 19312
Telephone:  (610) 200-0580

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, TODD CLEARY, ERIC SIEGAL, MICHAEL PAJARO, JOHN BORZYMOWSKI, BROOKE CORBETT, TAYLOR BROWN, JUSTIN BAUER, HEIRLOOM ESTATE SERVICES, INC., KATHLEEN BAKER, MATT MUILENBURG, WILLIAM BON, and JASON PETTY, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 5:16-cv-04942-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES**<br><br>Honorable Lucy H. Koh |

Defendant Apple Inc. ("Apple") and plaintiffs Thomas Davidson, Todd Cleary, Michael Pajaro, Brooke Corbett, Heirloom Estate Services, Inc., Kathleen Baker, and Jason Petty ("Plaintiffs") (collectively "the Parties") in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, on July 25, 2019, the Court entered a Case Management Order (ECF No. 405) setting deadlines for briefing on Apple's Motion to Deny Class Certification and Apple's Motion to Dismiss, and setting a deadline of February 14, 2020 to complete a settlement conference with a Magistrate Judge.;

WHEREAS, on November 22, 2019, the Court issued an order denying Apple's Motion to Deny Class Certification (ECF No. 416);

WHEREAS, the Parties have begun discussing scheduling for a settlement conference;

WHEREAS, due to scheduling conflicts, the Parties will not be able to schedule a date for the settlement conference before February;

WHEREAS, Apple's Motion to Dismiss is due on January 24, 2020 (ECF No. 405);

WHEREAS, the Parties believe that extending the deadline to complete the settlement conference as well as the case deadlines by the same period of time will allow for more productive settlement discussions and potentially conserve the resources of the Court; and

WHEREAS, there have been no previous extensions on the deadlines set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the deadline to complete the settlement conference with the Magistrate Judge shall be extended to February 28, 2020 and that the case deadlines be extended as follows:

| Motion to Dismiss | Motion: March 13, 2020 |
| --- | --- |
| | Opposition: April 3, 2020 |
| | Reply: April 17, 2020 |
| | Hearing: May 7, 2020, at 1:30 p.m. |

| Deadline to Complete Magistrate Judge Settlement Conference | February 28, 2020 |
|---|---|
| Joint Settlement Status Report | March 6, 2020 |

Dated: December 30, 2019

Respectfully submitted,

MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
    Arturo J. González

Attorneys for Defendant
APPLE INC.

Dated: December 30, 2019

Respectfully submitted,

LARSON O'BRIEN LLP
McCUNE WRIGHT AREVALO, LLP

By: */s/ Stephen G. Larson*
    Stephen G. Larson

Attorneys for Plaintiffs and the Putative Class

**IT IS SO ORDERED.**

Dated:

_____
Hon. Lucy H. Koh
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Arturo J. González, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 30, 2019

                                             */s/ Arturo J. González*
                                             Arturo J. González