ARTURO J. GONZÁLEZ (SBN 121490)
AGonzalez@mofo.com
PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
ALEXIS A. AMEZCUA (SBN 247507)
AAmezcua@mofo.com
CHRISTOPHER L. ROBINSON (SBN 260778)
ChristopherRobinson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     (415) 268-7000
Facsimile:      (415) 268-7522

ANNE M. CAPPELLA (SBN 181402)
anne.cappella@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:     (650) 802-3000
Facsimile:      (650) 802-3100

Attorneys for Defendant
APPLE INC.

RICHARD D. McCUNE (SBN 132124)
rdm@mccunewright.com
DAVID C. WRIGHT(SBN 177468)
dcw@mccunewright.com
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:     (909) 557-1250
Facsimile:      (909) 557-1275

STEPHEN G. LARSON (SBN 145225)
slarson@larsonobrienlaw.com
R.C. HARLAN (SBN 234279)
rcharlan@larsonobrienlaw.com
LARSON O'BRIEN LLP
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:     (213) 436-4888
Facsimile:      (213) 623-2000

Attorneys for PLAINTIFFS AND THE
PROPOSED CLASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, TODD CLEARY, ERIC SIEGAL, MICHAEL PAJARO, JOHN BORZYMOWSKI, BROOKE CORBETT, TAYLOR BROWN, JUSTIN BAUER, HEIRLOOM ESTATE SERVICES, INC., KATHLEEN BAKER, MATT MUILENBURG, WILLIAM BON, and JASON PETTY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:16-cv-04942-LHK<br><br>**JOINT SETTLEMENT CONFERENCE STATUS REPORT**<br><br>Dept.:     Courtroom 8 – 4th Floor<br>Judge:     Honorable Lucy H. Koh |

The Court's January 13, 2020 Order set a deadline of February 28, 2020 for the parties to complete a settlement conference and a deadline of March 6, 2020 to file a joint settlement status report. (ECF No. 420.) The parties held a settlement conference with Magistrate Judge Corley on February 26, 2020. (ECF No. 422.) Consistent with the Court's minute order dated March 3, 2020, the parties report that all claims have been resolved and a dismissal is forthcoming. (ECF No. 423.) The parties anticipate that a dismissal of all claims will be filed on or before March 23, 2020 and thus request that all case deadlines be extended by 30 days.

Dated: March 6, 2020

Respectfully submitted,

MCCUNE WRIGHT AREVALO, LLP

By: /s/ David C. Wright
David C. Wright

Attorneys for Plaintiffs and the Putative Class

Dated: March 6, 2020

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ Arturo J. González
Arturo J. González

Attorneys for Defendant
APPLE INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Arturo J. González, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 6, 2020

By: /s/ Arturo J. González
Arturo J. González