| | |
|---|---|
| ARTURO J. GONZÁLEZ (CA SBN 121490)<br>AGonzalez@mofo.com<br>PENELOPE A. PREOVOLOS (CA SBN 87607)<br>PPreovolos@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>ALEXIS A. AMEZCUA (SBN 247507)<br>AAmezcua@mofo.com<br>CHRISTOPHER L. ROBINSON (SBN 260778)<br>ChristopherRobinson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>ANNE M. CAPPELLA (SBN 181402)<br>anne.cappella@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, California 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>Attorneys for Defendant<br>APPLE INC. | RICHARD D. McCUNE (SBN 132124)<br>rdm@mccunewright.com<br>DAVID C. WRIGHT (SBN 177468)<br>dcw@mccunewright.com<br>McCUNE WRIGHT AREVALO, LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, California 91761<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br><br>STEPHEN G. LARSON (SBN 145225)<br>slarson@larsonobrienlaw.com<br>R.C. HARLAN (SBN 234279)<br>rcharlan@larsonobrienlaw.com<br>LARSON O'BRIEN LLP<br>555 South Flower Street, Suite 4400<br>Los Angeles, CA 90071<br>Telephone: 213.436.4888<br>Facsimile: 213.623.2000<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, TODD CLEARY, ERIC SIEGAL, MICHAEL PAJARO, JOHN BORZYMOWSKI, BROOKE CORBETT, TAYLOR BROWN, JUSTIN BAUER, HEIRLOOM ESTATE SERVICES, INC., KATHLEEN BAKER, MATT MUILENBURG, WILLIAM BON, and JASON PETTY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:16-cv-04942-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES**<br><br>Honorable Lucy H. Koh |

1   Defendant Apple Inc. ("Apple") and plaintiffs Thomas Davidson, Todd Cleary, Michael
2   Pajaro, Brooke Corbett, Heirloom Estate Services, Inc., Kathleen Baker, and Jason Petty
3   ("Plaintiffs") (collectively "the Parties") in the above-captioned action hereby stipulate and agree
4   as follows:
5   WHEREAS, on January 13, 2020, the Court entered an Order setting a deadline of
6   February 28, 2020 for the Parties to complete a settlement conference, a deadline of March 6,
7   2020 to file a joint settlement status report, and a deadline of March 13, 2020 for Apple to file a
8   motion to dismiss directed to the remaining claims in this matter (ECF No. 420.);
9   WHEREAS, on February 26, 2020, the Parties participated in a settlement conference
10  with Magistrate Judge Corley (ECF No. 422.);
11  WHEREAS, consistent with the Court's minute order dated March 3, 2020, on March 6,
12  2020, the Parties reported that all claims in this matter had been resolved and a dismissal was
13  forthcoming (ECF No. 423.);
14  WHEREAS, the Parties filed a Joint Status Report on March 6, 2020 (ECF No. 424.),
15  requesting that all case deadlines be extended by 30 days in light of the anticipated dismissal of
16  all claims;
17  WHEREAS, the Parties believe that extending all case deadlines by 30 days will conserve
18  the resources of the Court and the Parties; and
19  WHEREAS, this is the Parties' second request for an extension of the deadlines governing
20  Apple's motion to dismiss the remaining claims in this matter.
21  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties,
22  through their respective counsel, that all deadlines governing Apple's Motion to Dismiss be
23  extended by 30 days.

| | | |
|---|---|---|
| 1 | Dated: March 12, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | MORRISON & FOERSTER LLP |

By: */s/ Arturo J. González*
Arturo J. González

Attorneys for Defendant
APPLE INC.

Dated: March 12, 2020   Respectfully submitted,

LARSON O'BRIEN LLP

By: */s/ Stephen G. Larson*
STEPHEN G. LARSON
R.C. HARLAN
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: 213.436.4888
Facsimile: 213.623.2000

DAVID C. WRIGHT
RICHARD D. MCCUNE
McCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated:

_____
Hon. Lucy H. Koh
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Arturo J. González, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 12, 2020

                                            */s/ Arturo J. González*
                                            Arturo J. González