ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
ALEXIS A. AMEZCUA (SBN 247507)
AAmezcua@mofo.com
CHRISTOPHER L. ROBINSON (SBN 260778)
ChristopherRobinson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANNE M. CAPPELLA (SBN 181402)
anne.cappella@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, TODD CLEARY, ERIC SIEGAL, MICHAEL PAJARO, JOHN BORZYMOWSKI, BROOKE CORBETT, TAYLOR BROWN, JUSTIN BAUER, HEIRLOOM ESTATE SERVICES, INC., KATHLEEN BAKER, MATT MUILENBURG, WILLIAM BON, and JASON PETTY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:16-cv-04942-LHK<br><br>**NOTICE OF CHANGE OF COUNSEL FOR CHRISTOPHER L. ROBINSON**<br><br>Judge: Hon. Lucy H. Koh<br>Courtroom: 8, 4th Floor |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 5-1(c)(2)(B) the undersigned requests that Christopher L. Robinson, of Morrison & Foerster LLP, be withdrawn as counsel of record for Apple Inc.  Effective March 31, 2020, Mr. Robinson is no longer associated with Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105.  Other counsel of record will continue to represent Apple.  As such, withdrawal of Mr. Robinson will cause no prejudice to any party.

Dated:  March 27, 2020                           MORRISON & FOERSTER LLP

By:   /s/ *Arturo J. Gonzalez*
         ARTURO J. GONZALEZ

*Attorneys for Defendant*
APPLE INC.

### ECF ATTESTATION

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file the foregoing document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Christopher L. Robinson concurs in this filing.

Dated:  March 27, 2020                           MORRISON & FOERSTER LLP

  /s/*Arturo J. Gonzalez*
Arturo J. Gonzalez