RICHARD D. McCUNE, State Bar No. 132124
rdm@mccunewright.com
DAVID C. WRIGHT, State Bar No. 177468
dcw@mccunewright.com
**MCCUNE WRIGHT AREVALO, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

STEPHEN G. LARSON (SBN 145225)
slarson@larsonobrienlaw.com
R.C. HARLAN (SBN 234279)
rcharlan@larsonobrienlaw.com
**LARSON O'BRIEN LLP**
555 South Flower Street, Suite 4400
Los Angeles, CA  90071
Telephone:    213.436.4888
Facsimile:    213.623.2000

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, TODD CLEARY, ERIC SIEGAL, MICHAEL PAJARO, JOHN BORZYMOWSKI, BROOKE CORBETT, TAYLOR BROWN, JUSTIN BAUER, HEIRLOOM ESTATE SERVICES, INC., KATHLEEN BAKER, MATT MUILENBURG, WILLIAM BON, and JASON PETTY on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    vs.<br><br> APPLE INC.,<br><br>             Defendant. | Case No. 5:16-cv-04942-LHK<br><br>**NOTICE OF STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Dept.: Courtroom 8 – 4th Floor<br>Judge: Honorable Lucy H. Koh |

1  TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

2  NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rules of Civil Procedure 41(a), Plaintiffs Thomas Davidson, Todd Cleary, Eric Siegal, Michael Pajaro, Brooke Corbett, Taylor Brown, Heirloom Estate Services, Inc., Kathleen Baker, and Jason Petty (collectively, "Plaintiffs") and Defendant Apple Inc., have stipulated to voluntarily dismiss all of Plaintiffs' remaining claims against Defendant Apple Inc. *without prejudice* in the above-entitled action.

Dated: March 30, 2020                LARSON O'BRIEN LLP

                                     By: */s/ David C. Wright*
                                        DAVID C. WRIGHT

                                     Attorneys for Plaintiffs

Dated:  March 30, 2020               MORRISON & FOERSTER LLP

                                     By: */s/ Arturo J. González*[1]
                                        Arturo J. González
                                        Attorneys for Defendant APPLE INC.

---

[1] Filer attests that all signatories listed concur in the filing's content and have authorized the filing pursuant to Local Rule 5-1(i)(3).