| | |
|---|---|
| ARTURO J. GONZÁLEZ (SBN 121490)<br>AGonzalez@mofo.com<br>PENELOPE A. PREOVOLOS (SBN 87607)<br>PPreovolos@mofo.com<br>TIFFANY CHEUNG (SBN 211497)<br>TCheung@mofo.com<br>ALEXIS A. AMEZCUA (SBN 247507)<br>AAmezcua@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | RICHARD D. McCUNE (SBN 132124)<br>rdm@mccunewright.com<br>DAVID C. WRIGHT (SBN 177468)<br>dcw@mccunewright.com<br>MCCUNE WRIGHT AREVALO, LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, California 91761<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275 |
| ANNE M. CAPPELLA (SBN 181402)<br>anne.cappella@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>Attorneys for Defendant<br>APPLE INC. | STEPHEN G. LARSON (SBN 145225)<br>slarson@larsonobrienlaw.com<br>R.C. HARLAN (SBN 234279)<br>rcharlan@larsonobrienlaw.com<br>LARSON O'BRIEN LLP<br>555 South Flower Street, Suite 4400<br>Los Angeles, California 90071<br>Telephone: (213) 436-4888<br>Facsimile: (213) 623-2000<br><br>Attorneys for PLAINTIFFS AND THE PROPOSED CLASS |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, TODD CLEARY, ERIC SIEGAL, MICHAEL PAJARO, JOHN BORZYMOWSKI, BROOKE CORBETT, TAYLOR BROWN, JUSTIN BAUER, HEIRLOOM ESTATE SERVICES, INC., KATHLEEN BAKER, MATT MUILENBURG, WILLIAM BON, and JASON PETTY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:16-cv-04942-LHK<br><br>**JOINT SETTLEMENT CONFERENCE STATUS REPORT**<br><br>Date: April 8, 2020<br>Dept.: Courtroom 8 – 4th Floor<br>Judge: Honorable Lucy H. Koh |

Pursuant to the Court's January 13, 2020 Notice continuing the Further Case Management Conference (ECF No. 421), the parties respectfully submit the following Joint Case Management Conference Statement in advance of the Court's April 8, 2020 Case Management Conference.

On March 30, 2020, Plaintiffs filed a Notice of Stipulated Voluntary Dismissal Without Prejudice, dismissing all of Plaintiffs' remaining claims against Apple without prejudice.  (ECF No. 429.)  Plaintiffs anticipate filing a dismissal of those claims with prejudice within 35 days.

Dated:  April 1, 2020

Respectfully submitted,

MCCUNE WRIGHT AREVALO, LLP

By: */s/ David C. Wright*
David C. Wright

Attorneys for Plaintiffs and the Putative Class

Dated:  April 1, 2020

Respectfully submitted,

MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
Arturo J. González

Attorneys for Defendant
APPLE INC.

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Arturo J. González, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 1, 2020

By: */s/ Arturo J. González*
Arturo J. González