RICHARD D. McCUNE (SBN 132124)
rdm@mccunewright.com
DAVID C. WRIGHT (SBN 177468)
dcw@mccunewright.com
**McCUNE WRIGHT AREVALO, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

STEPHEN G. LARSON (SBN 145225)
slarson@larsonobrienlaw.com
R.C. HARLAN (SBN 234279)
rcharlan@larsonobrienlaw.com
**LARSON O'BRIEN LLP**
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: 213.436.4888
Facsimile: 213.623.2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DAVIDSON, TODD CLEARY, ERIC SIEGAL, MICHAEL PAJARO, JOHN BORZYMOWSKI, BROOKE CORBETT, TAYLOR BROWN, JUSTIN BAUER, HEIRLOOM ESTATE SERVICES, INC., KATHLEEN BAKER, MATT MUILENBURG, WILLIAM BON, and JASON PETTY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:16-cv-04942-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS THOMAS DAVIDSON, TODD CLEARY, ERIC SIEGAL, MICHAEL PAJARO, BROOKE CORBETT, TAYLOR BROWN, HEIRLOOM ESTATE SERVICES, INC., KATHLEEN BAKER, AND JASON PETTY'S STIPULATED REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT APPLE INC.<br><br>Dept.: Courtroom 8 – 4th Floor<br>Judge: Honorable Lucy H. Koh |

In accordance with the Stipulated Request for Voluntary Dismissal of Plaintiffs THOMAS DAVIDSON, TODD CLEARY, ERIC SIEGAL, MICHAEL PAJARO, BROOKE CORBETT, TAYLOR BROWN, HEIRLOOM ESTATE SERVICES, INC., KATHLEEN BAKER, and JASON PETTY (collectively "Plaintiffs"), all of Plaintiffs' remaining claims in this matter against Defendant APPLE INC. are dismissed with prejudice.

IT IS HEREBY ORDERED that Plaintiffs THOMAS DAVIDSON, TODD CLEARY, ERIC SIEGAL, MICHAEL PAJARO, BROOKE CORBETT, TAYLOR BROWN, HEIRLOOM ESTATE SERVICES, INC., KATHLEEN BAKER, and JASON PETTY's remaining claims against Defendant APPLE INC. are dismissed with prejudice, and that Defendant APPLE INC. is dismissed with prejudice from those same claims.

**IT IS SO ORDERED.**

Dated: April 30, 2020

_____
Hon. Lucy H. Koh
United States District Judge